# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNY WARREN THOMPSON,<br><br>  Petitioner,<br><br>  v.<br><br>V. ALMAGER, WARDEN,<br><br>  Respondent. | No. CV 08-04290-SJO (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 26, 2009

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE