# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNY WARREN THOMPSON, | No. CV 08-4290-SJO (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| V. ALMAGER, WARDEN, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 26, 2009

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE